FEBRUARY 28, 1969.

No. 1343, Misc.  HAVEN v. UNITED STATES.  C. A. 9th Cir.  Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court.  *Solicitor General Griswold* for the United States.

MARCH 3, 1969.

No. 436.  RODRIGUE ET AL. v. AETNA CASUALTY & SURETY CO. ET AL.  C. A. 5th Cir.  [Certiorari granted, *ante,* p. 932.]  Motion for leave to file petitioners' reply brief after argument granted.  *Philip E. Henderson* on the motion.

No. 1452, Misc.  FOX v. BROWN, SECRETARY OF THE AIR FORCE, ET AL.  C. A. 2d Cir.  Application for stay pending review on certiorari presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied.  *Moses M. Falk* for applicant.  *Solicitor General Griswold* in opposition.

No. 901, Misc.  WATSON v. SCHNECKLOTH, CONSERVATION CENTER SUPERINTENDENT.  Motion for leave to file petition for writ of habeas corpus denied.  *Thomas C. Lynch,* Attorney General of California, *Doris H. Maier,* Assistant Attorney General, and *Arnold O. Overoye,* Deputy Attorney General, in opposition.

No. 1247, Misc.  MAGEE v. SCHADE ET AL.; and
No. 1257, Misc.  FOSTER v. CUMMINGS, U. S. CIRCUIT JUDGE, ET AL.  Motions for leave to file petitions for writs of mandamus denied.  *Solicitor General Griswold* in opposition in both cases.